**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



**ORDER**

Appellate case name:      In the Interest of A.L.P., a Child

Appellate case number:    01-19-00144-CV

Trial court case number:   18-DCV-252443

Trial court:              505th District Court of Fort Bend County

Appellee, Casa De Esperanza de Los Ninos, Inc., has filed a motion for an extension of time to file its brief. The motion is **granted**. **Appellee's brief is due no later than THURSDAY, AUGUST 8, 2019.** *See* TEX. R. APP. P. 28.4, 38.6(d).

Because this appeal involves the termination of the parent-child relationship, this Court is required to bring the appeal to final disposition no later than August 26, 2019, so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* Tex. Gov't. Code Ann., tit. 2, subtit. F app. **Accordingly, no extensions of time will be granted.**

It is so ORDERED.

Judge's signature: /s/ Russell Lloyd_____
                    ☑ Acting individually    ☐ Acting for the Court

Date: ___July 25, 2019__